FILED
2010 Jan-29 PM 03:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

2970699.1/SP/83057/0971/012810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEDA DIMPERIO,<br>　　　　Plaintiff,<br>v.<br><br>CAPITAL ONE BANK; EQUIFAX<br>INFORMATION SERVICES, INC,; TRANS<br>UNION, LLC;<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No._____<br>)<br>)<br>)<br>) |

## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S
## JOINDER AND CONSENT TO REMOVAL

Without waiving any other defenses, Defendant Equifax Information Services, LLC hereby joins in and consents to the removal of this action from the Circuit Court of Jefferson County, Alabama, to this Court. Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of Removal.

Equifax Information Services, LLC first received a copy of the Petition, the initial pleading setting forth the claim for relief upon which this action is based, on December 30, 2009. A copy of the Petition is attached to Trans Union LLC's Notice of Removal as Exhibit A.

DATED:　　This 28th day of January, 2010.

Respectfully submitted,

_____
Victoria J. Franklin-Sisson
vsisson@joneswalker.com
**Jones, Walker, Waechter, Poitevent,
　Carrere & Denegre, L.L.P.**
505 Twentieth Street North, Ste 600
Birmingham, AL  35203
(205) 226.5200
(205) 226.5226 Fax
*Counsel for Equifax*

2975225.1/SP/83057/0971/012810

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEDA DIMPERIO )<br>         *Plaintiff*, )<br>V. )<br>     )<br>CAPITAL ONE BANK; EQUIFAX )<br>INFORMATION SERVICES, LLC,; )<br>TRANS UNION, LLC, )<br>         *Defendants*. ) | No. _____ |

### **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S JOINDER AND CONSENT TO REMOVAL**

Defendant Capital One Bank (USA), N.A., improperly designated as Capital One Bank ("Capital One"), hereby joins in and consents to the removal of this action from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division. Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of Removal.

By joining in and consenting to this Notice of Removal, Capital One does not waive any rights, claims, or defenses in this matter, and specifically reserves the right to assert any defenses and/or objections to which it is entitled.

This 28th day of January, 2010.

{B1114789}

Respectfully submitted,

_____
Joshua H. Threadcraft
W. Drake Blackmon
Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209
(205) 868-6032
(205) 868-6061
(205)868-6099 *Facsimile*
jthreadcraft@starneslaw.com
wdb@starneslaw.com

Attorneys for Defendant Capital One Bank (USA), N.A.

{B1114789}