FILED
2010 Sep-27  AM 09:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEDA DIMPERIO,            ) | |
|                           ) | |
|     Plaintiff,     ) | |
|                           ) | |
| vs.                       ) | CASE NO. 2:10-cv-214-TMP |
|                           ) | |
| CAPITAL ONE BANK, et al., ) | |
|                           ) | |
|     Defendants.    ) | |

## ORDER OF DISMISSAL

On September 2, 2010, the plaintiff filed a motion to dismiss voluntarily defendant Capital One Bank, leaving Trans Union, LLC., as the only remaining defendant. On September 23, 2010, the plaintiff also filed her motion to dismiss voluntarily defendant Trans Union. In accordance with the plaintiff's motions to voluntarily dismiss her claims against these two remaining defendants, all claims against Capital One Bank and Trans Union, LLC., in the above-entitled action are hereby DISMISSED WITH PREJUDICE, and this action is DISMISSED WITH PREJUDICE, each party to bear her or its own costs.

DONE this the 27th day of September 2010.

*[signature]*
_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE